Form 177 − fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−10400−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cesar S. Tavera
812 Longwood Avenue
Cherry Hill, NJ 08002

Maria G. Tavera
aka Maria G. Rodriguez
812 Longwood Avenue
Cherry Hill, NJ 08002

Social Security No.:
xxx−xx−5499
xxx−xx−5318

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: November 4, 2016

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court